**Ex parte Anthony Charles LABUE.**

**No. 40132.**

Court of Criminal Appeals of Texas.

March 15, 1967.

Will Gray, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

BELCHER, Judge.

This is an original application for a writ of habeas corpus on the ground that the relator had been denied the right to bail.

It has now been made known to this court that by agreement a bond in the amount of $6,000 has been set. Therefore, his claim of denial of his right to bond has become moot.

The application for writ of habeas corpus is dismissed.